ACCEPTED
01-14-00556-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 3:56:40 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00556-CV

=================================================================

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 3:56:40 PM
CHRISTOPHER A. PRINE
Clerk

=================================================================

MIKE BIRNBAUM and BEVERLY BIRNBAUM,
Appellants

v.

GENA J. ATWELL, PHYLLIS BROWNING, PHYLLIS BROWNING
COMPANY, and MIMI WEBER

Appellees

=================================================================

On Appeal from the 166th District Court, Bexar County, Texas
Trial Court Cause Nos. 2011-CI-00445, Honorable Larry Noll Presiding, and
2013-CI-15152, Honorable Peter A. Sakai, Presiding

=================================================================

### APPELLANTS' NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Hon. Renée F. McElhaney of the law firm of BEIRNE, MAYNARD & PARSONS, L.L.P. ("Movant"), one of the attorneys of record for Appellants Mike Birnbaum and Beverly Birnbaum, and files this Notice of Withdrawal of Counsel.

The withdrawal of Hon. Renée F. McElhaney as counsel for Appellants is not sought for delay. Rather, Renée F. McElhaney must withdraw because she has been elected to serve as the Judge of the 150th District Court as of January 1, 2015.

Lorien Whyte shall remain as lead counsel for Appellants and copies of all future notices, pleadings, documents, motions, correspondence and other papers filed or exchanged by the parties to this litigation respecting this case be directed and served upon her.

WHEREFORE, Movant respectfully requests that this Court note the withdrawal of Renée F. McElhaney as counsel for Appellants.

1

2094453v.1  IMANAGE 106845

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

*/s/ Renée F. McElhaney*

Renée F. McElhaney
State Bar No.  00787483
Email rmcelhaney@bmpllp.com
112 E. Pecan, Suite 2750
San Antonio, Texas  78205
Telephone:  (210) 582-0227
Facsimile:  (210) 582-0231

**COUNSEL FOR APPELLANTS
MIKE BIRNBAUM and
BEVERLY BIRNBAUM**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was forwarded to all counsel listed below pursuant to the Texas Rules of Civil Procedure on the 29th day of December, 2014:

Lorien Whyte
lwhyte@brinandbrin.com
Brin & Brin, P.C.
6223 IH 10 West
San Antonio, Texas 78201

Daniel O. Kustoff
dkustoff@kplegal.com
Melanie H. Phipps
mphipps@kplegal.com
Kustoff & Phipps, LLP
4103 Parkdale Street
San Antonio, Texas 78229

Barry A. McClenahan
barry@mcclenahanlawfirm.com
The McClenahan Law Firm, PLLC
1901 NW Military Hwy., Suite 218
San Antonio, Texas 78213

2

2094453v.1  IMANAGE 106845

Scott F. Cline
scline@thorntonfirm.com
Thornton, Biechlin, Segrato,
Reynolds & Guerra, LC
100 NE Loop 410, 5th Floor
San Antonio, Texas 78216

S. Mark Murray
mmurray138@aol.com
Ford Murray, PLLC
10001 Reunion Place, Suite 640
San Antonio, Texas 78216

*/s/ Renée F. McElhaney*
Renée F. McElhaney

3